IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRI RIDDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST BANK,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:08-cv-1411-RWS |

## ORDER

This case is before the Court for consideration of the Joint Motion to Approve Collective Action Settlement [64] and Plaintiffs' Motion to Approve Attorneys' Fees and Costs [66]. After reviewing the entire record, the Court enters the following Order.

Having reviewed the Settlement Agreement between the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arms-length and is not the result of any collusion. The Court has also reviewed the statements of services provided by counsel and

LEGAL02/32230085v1

finds that the attorneys' fees and costs provided in the Settlement Agreement are reasonable.

Therefore, the Joint Motion to Approve Collective Action Settlement [64] is hereby **GRANTED**, and the settlement of the parties is hereby **APPROVED**. Further, the Motion to Approve Attorneys' Fees and Costs [66] is **GRANTED**. Fees and costs shall be awarded consistent with the terms of the Settlement Agreement. Consistent with the terms of the Agreement, Defendant shall tender all payments within thirty (30) days of the entry of this Order, and the parties shall thereafter file a stipulation of dismissal with prejudice.

So ordered this 20th day of October, 2010.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

Tendered by:

s/ Alan H. Garber
Alan H. Garber
Georgia Bar No. 283840
Marc Garber
Georgia Bar No. 283847
THE GARBER LAW FIRM, P.C.
Suite 14, 4994 Lower Roswell Road
Marietta, GA  30068
(678) 560-6685
(678) 560-5067 (facsimile)
ahgarber@garberlaw.net
mngarber@garberlaw.net
Dan Getman
Matthew Dunn
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370
(845) 255-8649 (facsimile)
dgetman@getmansweeney.com
mdunn@getmansweeney.com

COUNSEL FOR PLAINTIFF,
individually and on behalf of others
similarly situated

s/ Brett E. Coburn
Glenn G. Patton
Georgia Bar No. 567235
glenn.patton@alston.com
Brett E. Coburn
Georgia Bar No. 171094
brett.coburn@alston.com
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000
(404) 881-7777 (facsimile)

COUNSEL FOR DEFENDANT

LEGAL02/32230085v1